UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GAVIN PATRICK VANDERBECK,

      Plaintiff,

v.                                                                 Civil No. 23-cv-10758
                                                                   Honorable Linda V. Parker

UNKNOWN SGT. KILE,

      Defendant.
_____/

## OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

This is a *pro se* prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff, Gavin Patrick Vanderbeck is currently incarcerated at the Saginaw Correctional Facility in Freedland, Michigan. Plaintiff alleges that Defendant Unknown Sgt. Kile assaulted him during a routine shake down. Plaintiff did not pay the required filing fee or file an application with the necessary supporting documentation to proceed without prepayment of fees and costs. The Court issued an Order to Correct Deficiency, informing Plaintiff of the documents required to proceed with prepayment under 28 U.S.C. § 1915(a)(2) and that if he did not correct his filing deficiency by May 11, 2023, the case may be dismissed. The time for correcting the deficiency has now passed and Plaintiff has not provided the Court with the necessary supporting documentation.

Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                                                              s/ Linda V. Parker  
                                                                              LINDA V. PARKER  
                                                                              U.S. DISTRICT JUDGE

Dated: May 30, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 30, 2023, by electronic and/or U.S. First Class mail.

                                                                              s/Aaron Flanigan  
                                                                              Case Manager